IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

O.D. CHRISTINA VOGEL,

    Plaintiff,

v.

LANDMARK AMERICAN
INSURANCE COMPANY,

    Defendant.

Civ. No. 6:21-cv-00323-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 23), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 23) is adopted in full. Defendant's Motion for Summary Judgment (ECF No. 9) is DENIED. Plaintiff's Motion for Partial Summary Judgment (ECF No. 13) is GRANTED.

IT IS SO ORDERED.

1 –ORDER

DATED this 31st day of March, 2022.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER